UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   UNITED STATES OF AMERICA         :
                             Plaintiff,   :
                                        :        18 Cr. 438 (LGS)
               -against-             :
                                        :        <u>ORDER</u>
   JAMES PROUDFOOT,                   :
                            Defendant,   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS a status conference regarding the Defendant's pending violation of supervised release is currently scheduled for October 26, 2021, at 10:30 a.m.  It is hereby

       **ORDERED** the parties shall file a joint status letter by **October 8, 2021,** informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated:  September 24, 2021
           New York, New York

                                                       LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE