

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2021

**BY ECF**

The Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

By **November 22, 2021**, the Government shall file a letter detailing the expected duration of the evidentiary hearing including the number of witnesses and the scope of their testimony. The status conference currently scheduled for November 18, 2021, is adjourned sine die. The Clerk of the Court is directed to terminate the letter motion at docket number 9.
Dated: November 16, 2021

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:    <u>United States v. James Proudfoot</u>, 18 Cr 438 (LGS)

Dear Judge Schofield:

    The Government submits this joint letter in response to the Court's docket note, dated October 25, 2021, directing the parties to provide an update to the Court regarding (i) the defendant's compliance with the terms of his supervised release and (ii) the status of the pending specifications. (<u>Dkt. 8</u>.)

    The parties have conferred and concluded that an evidentiary hearing will be required to resolve the pending specifications in this case. The parties jointly request a sixty-day adjournment in advance of a hearing. The defendant is currently at liberty and the parties understand that he is currently compliant with the terms of his supervised release.

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                                United States Attorney

                        by: _____
                                Ashley C. Nicolas
                                Assistant United States Attorney

cc:    Deveraux Cannick, Esq. (counsel for James Proudfoot) (by email)
        Officer Robert Terry-Brooks, Probation Department (by email)