UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

JAMES PROUDFOOT,

                Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

18 Cr. 438

Defendant JAMES PROUDFOOT hereby voluntarily consents to participate in the following proceeding via videoconferencing or teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

**X**   Guilty Plea/Change of Plea Hearing

_____
Defendant's Signature

**JAMES PROUDFOOT**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**DEVERAUX CANNICK**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

Jan 28, 2022
Date

_____
Ona T. Wang
U.S. Magistrate Judge