UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                          :
UNITED STATES OF AMERICA,       :
                                          :         18 Cr. 438 (LGS)
            -against-                  :
                                          :         <u>ORDER</u>
JAMES PROUDFOOT,               :
                          Defendant,    :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that sentencing currently scheduled for June 27, 2022, is adjourned to **August 9, 2022, at 4:30 p.m.**

Dated: June 9, 2022
       New York, New York

                                                      **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**