UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

               -against-                        18 Cr. 438 (LGS)

JAMES PROUDFOOT,                       ORDER
                               Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing currently scheduled for August 9, 2022, is adjourned to **September 12, 2022, at 4:30 p.m.**

Dated: August 1, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE