

Robert J. Aiello
Deveraux L. Cannick
———

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

August 2, 2022

**VIA ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York  10007

Application GRANTED.  The sentencing currently scheduled for September 12, 2022, at 4:30 p.m., is adjourned to **October 3, 2022, at 11:00 a.m.**  The parties shall file a status letter by **September 27, 2022.**

Dated: August 3, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

            Re:    **U.S. v. James Proudfoot**
                   **Case No:  18-Cr-00438-LGS-1**

Dear Judge Schofield:

        We are the attorneys for James Proudfoot.  He is scheduled to be sentenced by Your Honor on August 9th, 2022 at 4:30 p.m. on his VOSR.  It is our information that his pending State criminal charges have neither been indicted nor reduced to misdemeanors.  In fact, the matter has been adjourned to September 23rd, 2022 which is well beyond the speedy trial date.  Given the foregoing, we are confident that the matter will be dismissed on its next calendered date.  Thus, we respectfully request that the instant matter be adjourned to the last week in September 2022.

        Please know that the Assigned Assistant, Ashley Nicolas does not object to our request.

        Thank you in advance for your consideration.

                                    Very truly yours,

                                    */s/ Deveraux L. Cannick*

                                    Deveraux L. Cannick

cc:  AUSA Ashley Nicolas