# AIELLO CANNICK
## Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

September 22, 2022

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Application GRANTED. The sentencing currently scheduled for October 3, 2022, is adjourned to **November 14, 2022, at 11:00 a.m.** The Clerk of the Court is directed to terminate the letter motion at docket number 31.

Dated: September 27, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   **United States v. James Proudfoot**
      **18 Cr 438 (LGS)**

Dear Judge Schofield:

We write to update the Court on the status of Mr. Proudfoot's Bronx Criminal matter. We are pleased to apprise the Court that all criminal charges that were pending against Mr Proudfoot have been dismissed. We have attached a copy of the Certificate of Disposition for your review.

Regarding VOSR Sentencing Hearing, please know that I am currently on trial in Bronx Supreme Court. Also, do know that the Assigned Assistant United States Attorney, Ashley Nicolas is scheduled to commence a two-week trial on 10/17/22.

Given the foregoing, we respectfully request that Mr Proudfoot's sentencing hearing on October 3rd, 2022 be adjourned to November 9th, 2022.

Thank you in advance for your consideration.

Very truly yours,

Deveraux L. Cannick

DLC/mw
cc:  AUSA Ashley C. Nicolas
     Officer Robert Terry- Brooks