UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                          -against-

    JAMES PROUDFOOT,
                                Defendant,
------------------------------------------------------------ X

18 Cr. 438 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that, in light of the recently added specifications, the hearing scheduled for November 14, 2022, is adjourned *sine die*. It is further

**ORDERED** that the Government shall advise the Court of their position regarding the newly added specifications by **November 17, 2022**.

Dated: November 10, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**