UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA                                     :
                                            Plaintiff,       :
                                                             :        18 Cr. 438 (LGS)
                        -against-                            :
                                                             :        ORDER
JAMES PROUDFOOT,                                             :
                                            Defendant,       :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS a status conference regarding Defendant's pending violation of supervised

release is currently scheduled for February 27, 2023, at 11:00 a.m.  It is hereby

        **ORDERED** the parties shall file a joint status letter on **February 15, 2023,** informing the

Court of the status of Defendant's compliance with the terms of his supervised release and their

respective positions with respect to the pending specifications including whether a disposition has

been reached or if an evidentiary hearing is needed.


Dated:  February 6, 2023
        New York, New York

                                                        _____
                                                            **LORNA G. SCHOFIELD**
                                                        **UNITED STATES DISTRICT JUDGE**