UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
                                                            :   18 Cr. 438 (LGS)
                 -against-                                  :
                                                            :   ORDER
JAMES PROUDFOOT,                                            :
                                       Defendant.           :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS the Probation Department filed its Fourth Amended Violation of Supervised Release Report and Petition dated May 10, 2023, alleging 13 instances when Defendant James Proudfoot violated the conditions of his supervised release. It is hereby

**ORDERED** the parties shall file a joint status letter on **October 13, 2023,** informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed. If an evidentiary hearing is needed, the Government shall identify which specifications it intends to pursue, its expected witnesses and the estimated duration of their direct testimony. It is further,

**ORDERED** that the parties shall appear for a status conference on **October 16, 2023, at 10:30 a.m**.

Dated: October 11, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE