

Robert J. Aiello  
Deveraux L. Cannick  
_____

69-06 Grand Avenue  
Maspeth, New York 11378  
(718) 426-0444, Fax (718) 803-9764  
Email: info@aiellocannick.com

November 7, 2023

**VIA ECF**  
Honorable Judge Lorna G. Schofield  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, New York  10007

Re:  U.S. v. James Proudfoot  
Case No:  18-Cr-00438-LGS-1

Dear Judge Schofield:

We are the attorneys for James Proudfoot.  He is scheduled to be sentenced by Your Honor on November 13th, 2023 at 5:00 p.m.

I recently had surgery and I am still hospitalized.  Therefore, I respectfully request that the matter be adjourned to a date in mid-December if convenient for the Court.

Please know that the Assigned Assistant, Ashley Nicolas does not object to our request.

Thank you in advance for your consideration.

Very truly yours,

*/s/ Deveraux L. Cannick*

Deveraux L. Cannick

cc:  AUSA Ashley Nicolas

---

Application Granted.  The sentencing hearing currently scheduled for November 13, 2023, is adjourned to **February 5, 2024, at 11:00 a.m.**.  The parties shall file amended and updated sentencing submissions in lieu of prior submissions and addressing all specifications by **January 16, 2024**. The Clerk of the Court is directed to terminate the letter motion at docket number 50.

Dated: November 6, 2023  
New York, New York

LORNA G. SCHOFIELD  
**UNITED STATES DISTRICT JUDGE**