UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :    18 Cr. 438 (LGS)
                -against-                                   :
                                                            :    ORDER
JAMES PROUDFOOT,                                            :
                                          Defendant.        :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing currently scheduled for February 5, 2024, is adjourned to **February 20, 2024, at 10:15 a.m.** due to a conflict on the Court's calendar. The parties shall file amended and updated sentencing submissions in lieu of prior submissions and addressing all specifications by **February 8, 2024.**

Dated: February 1, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**