

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

February 1, 2024

**VIA ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   U.S. v. James Proudfoot
      Case No: 18-Cr-00438-LGS-1

Dear Judge Schofield:

    We write in reference to the Court's order dated February 1, 2024, adjourning Mr. Proudfoot's sentencing to February 20, 2024.

    Please be advised that I have a scheduling conflict on February 20, 2024. As such, I respectfully request that the matter be adjourned to the week of March 11th (except March 14th) if convenient for the Court.

    Thank you in advance for your consideration.

Very truly yours,

/s/ Deveraux L. Cannick
Deveraux L. Cannick

DLC/ad

cc:  AUSA Ashley Nicolas via email

---

Application Granted. The sentencing hearing currently scheduled for February 20, 2024, is adjourned to **March 12, 2024, at 11:00 a.m.** The parties shall file amended and updated sentencing submissions in lieu of prior submissions and addressing all specifications by **February 27, 2024**. The Clerk of the Court is directed to terminate the letter motion at docket number 55.

Dated: February 12, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE