```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :         18 Cr. 438 (LGS)
                 -against-                                   :
                                                             :              ORDER
    JAMES PROUDFOOT,                                         :
                                           Defendant.        :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this Court is currently presiding over a criminal trial, which is expected to continue into the week of March 11, 2024.  It is hereby

**ORDERED** that the sentencing hearing currently scheduled for March 12, 2024, is adjourned to **April 15, 2024, at 11:00 a.m.**

Dated: March 7, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**